UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Kristopher Piper, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08 1483 |
| | ) |
| Department of Corrections/DC Jail, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM AND ORDER

Plaintiff has submitted a complaint against "Department of Corrections/DC Jail" that is substantially the same as the complaint pending in Civil Action No. 07-1417 (EGS) against three individual officers. The Department of Corrections and the D.C. Jail may not be sued as entities separate from the District of Columbia.[1] *See Caldwell v. District of Columbia*, 901 F. Supp. 7, 11 (D.D.C. 1995); *Fields v. D.C. Department of Corrections*, 789 F. Supp. 20, 22 (D.D.C. 1992). Accordingly, it is this 22 day of August 2008,

ORDERED that plaintiff's motion to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that the complaint is DISMISSED without prejudice.

/s/ 
United States District Judge

---

[1] To the extent that plaintiff is seeking to add the District of Columbia as a defendant in No. 07-1417, he may seek to amend the complaint in that civil action. *See* Fed. R. Civ. P. 15; Local Civil Rule 7(i). Otherwise, plaintiff will incur the $350 filing fee for a new civil action.